UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  1:14-cr-00208-AWI-BAM |
| Plaintiff, | |
| v. | **ORDER** |
| BARRY HALAJIAN, | |
| Defendant. | |

On September 25, 2014, Defendant Barry Halajian ("Defendant") was indicted on two counts of Filing False Lien Against Personal Property of Federal Official in violation of 18 U.S.C. § 1521.  ECF No. 1.  The Indictment charges that Defendant filed false liens and encumbrances against the personal property of two United States Bankruptcy Court Judges from the Eastern District of California.  Id.  Based upon facts alleged in the Indictment, the impartiality of the District and Magistrate Judges in the Eastern District of California might reasonably be questioned.  Therefore, pursuant to the *Code of Conduct for United States Judge*, Canons 2 and 3, in order to avoid the appearance of impropriety, and because a judge has a duty to disqualify him or herself if his or her impartiality could be reasonably questioned, whether or not such impartiality actually exists, this Court must recuse itself from the above-captioned case *nunc pro tunc*.  See 28 U.S.C. § 455(a).  Accordingly, all District and Magistrate Judges in the Eastern

District of California are RECUSED from hearing case number 1:14-cr-00208 and all related matters.  This matter is REFERRED to Alex Kozinski, Chief Judge of the United States Ninth Circuit Court of Appeals, for the assignment of a judge other than from the Eastern District of California to sit by designation and hear case number 1:14-cr-00208 and all related matters.

    IT IS SO ORDERED.

Dated:  September 26, 2014

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE