UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BARRY HALAJIAN,<br><br>    Defendant. | NO.  1:14-CR-00208-SAB<br><br>ORDER SETTING PRE-TRIAL<br>DEADLINES AND TRIAL DATE |

**PLEASE TAKE NOTICE**, as indicated below, a status conference, jury trial and pre-trial conference in the above captioned matter have been scheduled before Judge Stanley A. Bastian.

At the previous hearing, Defendant indicated that he was in the process of securing counsel. At the time of this Order, no counsel has appeared for Defendant. Accordingly, a telephonic Status Conference is scheduled for **October 30, 2014 at 10:00 a.m.**  Counsel for the Government and Defendant shall call the Court Conference Line: **1-888-636-3807; Access Code: 8839796; Security Code 0208,** at the appointed time.  If defense counsel files a notice of appearance prior to October 29, 2014, the telephonic Status Conference will be stricken.

**The Pre-trial Conference/Motions Hearing is scheduled for video conference hearing on November 17, 2014 at 11:00 a.m., at the United States Courthouse in Fresno, California**. The Court will be appearing from Yakima, Washington. Counsel shall advise the Court regarding any dispositive change in the status of this case **at least 5 days prior to the pre-trial conference**.

All pre-trial motions, including motions *in limine* and *Daubert* motions,

ORDER SETTING PRE-TRIAL DEADLINES AND TRIAL DATE ~ 1

shall be filed and served on or before **November 3, 2014**, and noted for hearing at the pre-trial conference. Any response to a pre-trial motion shall be filed and served within seven (7) days after the filing of the motion. If the Court determines an evidentiary hearing is appropriate, the Court will notify the parties of the date and time for such hearing.

Any motion to continue the pre-trial conference or trial shall be filed at the earliest practicable opportunity, but no later than **seven (7) days prior to said proceeding**. Movant shall provide (1) specific and detailed reasons for the continuance to permit the Court to make the necessary findings; (2) if applicable, the Defendant's signed Speedy Trial waiver; (3) the position of all co-Defendants and opposing counsel; and (4) the proposed new date.

Continuances are not granted absent good cause.

Trial briefs, proposed voir dire, jury instructions, verdict forms, exhibit lists, expert witness lists, and summaries of expert testimony shall be filed and served by all parties on or before **seven (7) calendar days prior to trial**. **The jury trial in this matter is scheduled for December 2, 2014, at the United States Courthouse in Fresno, California. Counsel and Defendant shall appear in court at 8:30 a.m. on the first day of trial to address any pending pretrial matters. Jury selection shall begin at 9:00 a.m.**

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel, Defendant and the United States Probation Office.

**DATED** this 21st day of October, 2014.



Stanley A. Bastian
United States District Judge

ORDER SETTING PRE-TRIAL DEADLINES AND TRIAL DATE ~ 2