UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BARRY HALAJIAN,<br><br>    Defendant. | NO.  1:14-CR-00208-SAB<br><br>ORDER SETTING TELEPHONIC STATUS CONFERENCE |

     A telephonic status conference was held on October 30, 2014. The Government was represented by Patrick Delahunty and Dawrence W. Rice, Jr. Defendant appeared *pro se*.

     The purpose of the hearing was for the Court to inquire as to the status of Defendant obtaining counsel. Previously, Defendant indicated he was in the process of obtaining counsel. At this time, no counsel has filed a notice of appearance to represent Defendant in this proceeding.

     At the hearing, Defendant indicated that he has not secured counsel, and asked for a 90-day continuance. Additionally, U.S. Probation reports that it has been unable to verify Defendant's residence. The Court directed Defendant to cooperate with U.S. Probation to permit it to verify his residence. The Court also directed Defendant to continue to seek counsel and set another status conference. At this conference, if Defendant has not obtained counsel, Defendant should be prepared to present to the Court the steps he has taken to secure counsel. If counsel files a Notice of Appearance, the status conference will be stricken.

ORDER SETTING TELEPHONIC STATUS CONFERENCE ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. A telephonic status conference is **set** for November 5, 2014, at 10:00 a.m., in Yakima, Washington. Counsel for the Government and Defendant shall call the Court Conference Line: **1-888-636-3807; Access Code: 8839796; Security code 0208**, at the appointed time.

2. If defense counsel files a notice of appearance prior to November 5, 2014, the telephonic Status Conference will be stricken.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel, defendant and U.S. Probation.

**DATED** this 30th day of October, 2014.



_____
Stanley A. Bastian
United States District Judge

ORDER SETTING TELEPHONIC STATUS CONFERENCE ~ 2