UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BARRY HALAJIAN,<br><br>    Defendant. | NO.  1:14-CR-00208-SAB<br><br>ORDER SETTING TELEPHONIC STATUS CONFERENCE; PRETRIAL CONFERENCE; AND CONTINUING TRIAL DATE |

A telephonic status conference was held on November 5, 2014. The Government was represented by Patrick Delahunty and Dawrence W. Rice, Jr. Defendant appeared *pro se*.

The purpose of the hearing was for the Court to inquire as to the status of Defendant obtaining counsel. At the hearing, Defendant indicated that he has not secured counsel, but was in the process of contacting an attorney. The Court directed Defendant to continue to seek counsel, set another status conference, and continued the pretrial conference and trial date. Defendant orally waived his right to a speedy trial. This order memorializes the Court's oral ruling.

Accordingly, **IT IS HEREBY ORDERED**:

1. A telephonic status conference is **set** for **November 17, 2014**, at 11:00 a.m., in Yakima, Washington. Counsel for the Government and Defendant shall call the Court Conference Line: **1-888-636-3807; Access Code: 8839796;**

ORDER SETTING TELEPHONIC STATUS CONFERENCE; PRETRIAL CONFERENCE; AND CONTINUING TRIAL DATE ~ 1

**Security code 0208**, at the appointed time.

2. If defense counsel files a notice of appearance prior to November 17, 2014, the telephonic Status Conference will be stricken.

3. The current trial date of December 2, 2014, is **continued** to **January 12, 2015**, at 9:00 a.m., in Fresno, California.

4. The pretrial conference currently set for November 17, 2014, is **continued** to **December 8, 2014**, at **11:00 a.m**. in Fresno, California. The Court will be appearing from Yakima, Washington by video-conference. Counsel shall advise the Court regarding any dispositive change in the status of this case **at least 5 days prior to the pre-trial conference.**

5. All pretrial motions shall be filed on or before **November 24, 2014**.

6. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time **between December 2, 2014**, the current trial date, until **January 12, 2015**, the new trial date, is DECLARED EXCLUDABLE for purposes of computing time under the Speedy Trial Act. The Court finds that the ends of justice served by such a continuance outweigh the interests of the public and Defendant in a speedy trial.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel, Defendant and U.S. Probation.

**DATED** this 6th day of November, 2014.



Stanley A. Bastian
United States District Judge

ORDER SETTING TELEPHONIC STATUS CONFERENCE; PRETRIAL CONFERENCE; AND CONTINUING TRIAL DATE ~ 2