UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>BARRY HALAJIAN,<br><br>   Defendant. | NO.  1:14-cr-00208-SAB<br><br><br><br>ORDER SETTING TELEPHONIC<br>STATUS CONFERENCE |

  A telephonic status conference was held on November 17, 2014. The Government was represented by Patrick Delahunty and Dawrence W. Rice, Jr. Defendant appeared *pro se*.

  The purpose of the hearing was for the Court to inquire as to the status of Defendant obtaining counsel. At the hearing, Defendant indicated that he had an appointment to meet with prospective counsel this week. The Court then set another status conference, and Defendant orally waived his right to a speedy trial. This order memorializes the Court's oral ruling.

  Accordingly, **IT IS HEREBY ORDERED**:

  1. A telephonic status conference is **set** for **December 4, 2014**, at 3:30 p.m., in Yakima, Washington. Counsel for the Government and Defendant shall call the Court Conference Line: **1-888-636-3807; Access Code: 8839796; Security code 0208**, at the appointed time.

  2. If defense counsel files a notice of appearance prior to December 4, 2014, the telephonic Status Conference will be stricken.

ORDER SETTING TELEPHONIC STATUS CONFERENCE ~ 1

3. Pursuant to 18 U.S.C. § 3161(h)(1)(D), the time **between October 16, 2014**, the date Defendant filed his Motion to Vacate Line #9 Order or Modify, ECF No. 10, until the Court rules on the motion, is DECLARED EXCLUDABLE for purposes of computing time under the Speedy Trial Act.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel, Defendant and U.S. Probation.

**DATED** this 17th day of November, 2014.



Stanley A. Bastian
United States District Judge

ORDER SETTING TELEPHONIC STATUS CONFERENCE ~ 2