1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

8 | UNITED STATES OF AMERICA,

9 |      Plaintiff,                      NO.  1:14-cr-00208-SAB

10 |      v.

11 | BARRY HALAJIAN,              **ORDER CONTINUING**

12 |      Defendant.          **PRETRIAL CONFERENCE;**

13 |                                   **TRIAL DATE; SETTING**

14 |                                   **TELEPHONIC STATUS**

15 |                                   **CONFERENCE**

16

17      A telephonic status conference was held on December 4, 2014. The

18 Government was represented by Patrick Delahunty and Dawrence W. Rice, Jr.

19 Defendant appeared *pro se*.

20      The purpose of the hearing was for the Court to inquire as to the status of

21 Defendant obtaining counsel. At the hearing, Defendant indicated that he had met

22 with prospective counsel. He asked that the trial date be continued to permit him to

23 continue his efforts to obtain counsel. The Court continued the trial date and set

24 another status conference. Defendant orally waived his right to a speedy trial. This

25 order memorializes the Court's oral ruling.

26      Accordingly, **IT IS HEREBY ORDERED**:

27      1.     A telephonic status conference is **set** for **January 9, 2015**, at

28 11:45 a.m. Counsel for the Government and Defendant shall call the Court

**ORDER CONTINUING PRETRIAL CONFERENCE; TRIAL DATE;
SETTING TELEPHONIC STATUS CONFERENCE** ~ 1

Conference Line: **1-888-636-3807; Access Code: 8839796; Security code 0208**, at the appointed time.

2.    If defense counsel files a notice of appearance prior to **January 9, 2015**, the telephonic Status Conference will be stricken. If Defendant does not have an attorney of record by this date, Defendant shall file a written explanation regarding his efforts to retain counsel.

3.    The current trial date of **January 12, 2015**, is **continued** to **March 23, 2015**, in Fresno, California. Counsel shall appear in court at 8:30 a.m. on the first day of trial to address any pending pretrial matters. Jury selection shall begin at 9:00 a.m.

4.   The pretrial conference set for December 8, 2014, is **continued** to **February 20, 2015**, at 11:00 a.m., in Fresno, California. The Court may appear by videoconference.

5.   All pretrial motions shall be filed on or before **January 20, 2015**.

6.   Trial briefs, proposed voir dire, jury instructions, verdict forms, exhibit lists, expert witness lists, and summaries of expert testimony shall be filed and served by all parties on or before **seven (7) calendar days prior to trial**.

7.   Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time between January 12, 2015, the current trial date, until March 23, 2015, the new trial date, is DECLARED EXCLUDABLE for purposes of computing time under the Speedy Trial Act. The Court finds that the ends of justice served by such a continuance outweigh the interests of the public and Defendant in a speedy trial.

///
///
///
///
///
///

**ORDER CONTINUING PRETRIAL CONFERENCE; TRIAL DATE; SETTING TELEPHONIC STATUS CONFERENCE** ~ 2

1    **IT IS SO ORDERED.** The District Court Executive is hereby directed to

2  file this Order and provide copies to counsel, Defendant and U.S. Probation.

3      **DATED** this 5th day of December, 2014.

4

5

6

7

8                          Stanley A. Bastian

9                          United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER CONTINUING PRETRIAL CONFERENCE; TRIAL DATE;**
**SETTING TELEPHONIC STATUS CONFERENCE** ~ 3