UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BARRY HALAJIAN,<br><br>    Defendant. | NO.  1:14-cr-00208-SAB<br><br>**ORDER SETTING TELEPHONIC STATUS CONFERENCE** |

    A telephonic status conference was held on January 9, 2015. The Government was represented by Patrick Delahunty and Dawrence W. Rice, Jr. Defendant failed to appear telephonically. Shortly after the hearing, the Court was notified by U.S. Pretrial Services that Defendant had contacted his Pretrial Services Officer and informed him that he had tried to dial into the conference call but was unable to join.

    The purpose of the hearing was for the Court to inquire as to the status of Defendant obtaining counsel. Counsel for the Government indicated that they had been contacted by Richard Cenci, who reported that Defendant had asked him to assist in plea negotiations. Counsel stated they are willing to work with Defendant and his counsel to explore settlement, and asked that the status conference be continued. This order memorializes the Court's oral ruling.

    Accordingly, **IT IS HEREBY ORDERED**:

    1.    A telephonic status conference is **set** for **January 22, 2015**, at

**ORDER SETTING TELEPHONIC STATUS CONFERENCE** ~ 1

8:30 a.m. Counsel for the Government, Defendant and Mr. Cenci shall call the Court Conference Line: **1-888-636-3807; Access Code: 8839796; Security code 0208**, at the appointed time.

    2.    On or before **January 20, 2015**, the parties shall file a status certificate with the Court.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel, Defendant, Richard Cenci, and U.S. Pretrial Services.

**DATED** this 12th day of January, 2015.



_____
Stanley A. Bastian
United States District Judge

**ORDER SETTING TELEPHONIC STATUS CONFERENCE** ~ 2