UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BARRY HALAJIAN,<br><br>    Defendant. | NO.  1:14-cr-00208-SAB<br><br>**ORDER SETTING TELEPHONIC STATUS CONFERENCE** |

A telephonic status conference was held on January 21, 2015. Defendant participated *pro se*. Government was represented by Patrick Delahunty and Dawrence W. Rice, Jr.

At the hearing, the parties indicated they have entered into settlement negotiations and asked the Court to set another status conference in three to four weeks.  This order memorializes the Court's oral ruling.

Accordingly, **IT IS HEREBY ORDERED**:

1. A telephonic status conference is **set** for **February 20, 2015**, at 11:00 a.m. Counsel for the Government, Defendant and Mr. Cenci shall call the Court Conference Line: **1-888-636-3807; Access Code: 8839796; Security code 0208**, at the appointed time.

///

///

**ORDER SETTING TELEPHONIC STATUS CONFERENCE** ~ 1

Case 1:14-cr-00208-SB   Document 25   Filed 01/23/15   Page 2 of 2

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel, Defendant, Richard Cenci, and U.S. Pretrial Services.

**DATED** this 23rd day of January, 2015.



_____
Stanley A. Bastian
United States District Judge

**ORDER SETTING TELEPHONIC STATUS CONFERENCE** ~ 2