1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>BARRY HALAJIAN,<br><br>        Defendant. | NO.  1:14-cr-00208-SAB<br><br>**ORDER SETTING TELEPHONIC STATUS CONFERENCE; CONTINUING TRIAL DATE** |

        A telephonic status conference was held on March 2, 2015. Defendant participated *pro se*. Government was represented by Patrick Delahunty and Dawrence W. Rice, Jr.

        At the hearing, Defendant indicated that he was in the process of securing counsel. Additionally, the Court continued the trial date. Upon colloquy with the Court, Defendant orally waived his speedy trial rights. This order memorializes the Court's oral ruling.

        Accordingly, **IT IS HEREBY ORDERED**:

        1.        A telephonic status conference is **set** for **March 11, 2015,** at **10:30 a.m.** The parties shall call the Court Conference Line: **1-888-636-3807; Access Code: 8839796; Security code 0208,** at the appointed time.

        2.        On or before March 10, 2015, counsel for Defendant shall file a

**ORDER SETTING TELEPHONIC STATUS CONFERENCE;
CONTINUING TRIAL DATE ~ 1**

Notice of Appearance. Counsel for Defendant shall participate in the March 11, 2015 telephonic status conference.

3.     The current trial date of March 23, 2015, is **continued** to **May 11, 2015**, at 9:00 a.m., in Fresno, California. Counsel shall appear in court at 8:30 a.m. on the first day of trial to address any pending pretrial matters. Jury selection shall begin at 9:00 a.m.

4.     Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time between March 23, 2015, the current trial date, until May 11, 2015, the new trial date, is DECLARED EXCLUDABLE for purposes of computing time under the Speedy Trial Act. The Court finds that the ends of justice served by such a continuance outweigh the public's and Defendant's interest in a speedy trial.

5.   Trial briefs, proposed voir dire, jury instructions, verdict forms, exhibit lists, expert witness lists, and summaries of expert testimony shall be filed and served by all parties on or before **seven (7) calendar days prior to trial**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel and Defendant.

**DATED** this 3rd day of March, 2015.



Stanley A. Bastian
United States District Judge

ORDER SETTING TELEPHONIC STATUS CONFERENCE;
CONTINUING TRIAL DATE ~ 2