UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BARRY HALAJIAN,<br><br>    Defendant. | No. 1:14-cr-00208-SAB<br><br>**ORDER SETTING TELEPHONIC STATUS CONFERENCE; PRETRIAL HEARING** |

A telephonic status conference was held on March 11, 2015. Defendant participated *pro se*. The Government was represented by Dawrence W. Rice, Jr.

No attorney appearance has been filed in this case, notwithstanding Defendant's assurances that he is actively seeking counsel. The Court informed Defendant of the dangers of proceeding *pro se*, asked if he was interested in having the Federal Defenders represent him or provide stand-by counsel assistance, and set a status hearing. This order memorializes the Court's oral rulings.

Accordingly, **IT IS HEREBY ORDERED**:

1. A telephonic status conference is **set** for **March 25, 2015,** at **10:30 a.m.** The parties shall call the Court Conference Line: **1-888-636-3807; Access Code: 8839796; Security code 0208**, at the appointed time.

**ORDER SETTING TELEPHONIC STATUS CONFERENCE; PRETRIAL HEARING**~ 1

2. All pretrial motions shall be filed on or before **March 31, 2015**. Responses to the motions shall be filed on or before **April 10, 2015**.

3. A pretrial hearing is **set** for **April 21, 2015**, in Fresno, California. The time for the hearing will be determined at the March 25, 2015 status conference.

4. The trial date is **May 11, 2015**, at 9:00 a.m., in Fresno, California. Counsel and Defendant shall appear in court at 8:30 a.m. on the first day of trial to address any pending pretrial matters. Jury selection shall begin at 9:00 a.m.

5. Trial briefs, proposed voir dire, jury instructions, verdict forms, exhibit lists, expert witness lists, and summaries of expert testimony shall be filed and served by all parties on or before **seven (7) calendar days prior to trial**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel and Defendant.

**DATED** this 11th day of March, 2015.



Stanley A. Bastian
United States District Judge

**ORDER SETTING TELEPHONIC STATUS CONFERENCE; PRETRIAL HEARING**~ 2