UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BARRY HALAJIAN,<br><br>    Defendant. | NO. 1:14-cr-00208-SAB<br><br>**ORDER CONTINUING PRETRIAL HEARING AND TRIAL DATE** |

A telephonic status conference was held on April 8, 2015. Defendant participated and was represented by Ezekiel Cortez. The Government was represented by Dawrence W. Rice, Jr.

Pending before the Court was a Joint Motion For Continuance of Trial, ECF No. 35. The purpose of the hearing was to set a new trial date. This order memorializes the Court's oral ruling.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Joint Motion for Continuance of Trial, ECF No. 35, is **GRANTED**.

2. The current trial date of **May 11, 2015**, is **continued** to **September 22, 2015**, in Courtroom 3, Fresno, California. Counsel shall appear in court at 8:30 a.m. on the first day of trial to address any pending pretrial matters. Jury selection shall begin at 9:00 a.m.

3. The pretrial conference set for April 21, 2015, is stricken. A pretrial

**ORDER CONTINUING PRETRIAL HEARING AND TRIAL DATE** ~ 1

conference is set for **September 1, 2015**, at 9:00 a.m., in Fresno, California.

4. All pretrial motions shall be filed on or before **August 3, 2015**.

5. Trial briefs, proposed voir dire, jury instructions, verdict forms, exhibit lists, expert witness lists, and summaries of expert testimony shall be filed and served by all parties on or before **seven (7) calendar days prior to trial**.

6. Within 10 days from the date of this Order, Defendant shall file a waiver of his Speedy trial rights.

7. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time between May 11 2015, the current trial date, until September 22, 2015, the new trial date, is DECLARED EXCLUDABLE for purposes of computing time under the Speedy Trial Act. The Court finds that the ends of justice served by such a continuance outweigh the interests of the public and Defendant in a speedy trial.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel and U.S. Pretrial Services.

**DATED** this 9th day of April, 2015.

_Stanley A. Bastian_
Stanley A. Bastian
United States District Judge

**ORDER CONTINUING PRETRIAL HEARING AND TRIAL DATE** ~ 2