UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>BARRY HALAJIAN,<br><br>        Defendant. | NO.  1:14-cr-00208-SAB<br><br>**ORDER CONTINUING PRETRIAL HEARING AND TRIAL DATE** |

Before the Court is the parties' Stipulation to Continue Pretrial Hearing and Trial, ECF No. 43.  The parties ask the Court to continue the pretrial hearing and trial date for two months. Defendant anticipates filing substantive motions and needs more time to complete his investigation and prepare the motion. The Court finds good cause to accept the stipulation and continue the trial.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court accepts the parties' Stipulation to Continue Pretrial Hearing and Trial, ECF No. 43.

2. The current trial date of September 22, 2015, is **continued** to **November 17, 2015**, in Courtroom 3, Fresno, California. Counsel shall appear in court at 8:30 a.m. on the first day of trial to address any pending pretrial matters. Jury selection shall begin at 9:00 a.m.

3. The pretrial conference set for September 1, 2015, is **continued** to

**ORDER CONTINUING PRETRIAL HEARING AND TRIAL DATE** ~ 1

**October 21, 2015**, at 1:30 p.m., in Fresno, California.

4. All pretrial motions shall be filed on or before **September 28, 2015**.

5. Trial briefs, proposed voir dire, jury instructions, verdict forms, exhibit lists, expert witness lists, and summaries of expert testimony shall be filed and served by all parties on or before **seven (7) calendar days prior to trial**.

6. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time between September 22, 2015, the current trial date, until November 17, 2015, the new trial date, is DECLARED EXCLUDABLE for purposes of computing time under the Speedy Trial Act. The Court finds that the ends of justice served by such a continuance outweigh the interests of the public and Defendant in a speedy trial.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel and U.S. Pretrial Services.

**DATED** this 27th day of July, 2015.

_____
Stanley A. Bastian
United States District Judge

**ORDER CONTINUING PRETRIAL HEARING AND TRIAL DATE** ~ 2