UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BARRY HALAJIAN,<br><br>    Defendant. | NO.  1:14-cr-00208-SAB<br><br>**ORDER SETTING SENTENCING HEARING AND BRIEFING SCHEDULE** |

On November 19, 2015, the Court entered Findings of Fact and Conclusions of Law finding Defendant guilty of Counts 1 and 2 of the Indictment charging Defendant with filing a false lien against a federal judge. This Order sets the date for the sentencing hearing and deadlines for filing sentencing materials, including the Presentence Investigation Report.

Accordingly, **IT IS HEREBY ORDERED**:

1. A sentencing hearing is **set** for **February 24, 2016**, at 8:30 a.m., in Fresno, California. Pending sentencing, Defendant shall remain on the conditions of release previously imposed.

2. The United States Probation Officer shall prepare a timely presentence investigation report which will comply with the following schedule:

(a)  Not less than **35 days prior to the date set for sentencing**, the Probation Officer shall disclose the presentence investigation report to counsel for

**ORDER SETTING SENTENCING HEARING AND BRIEFING SCHEDULE** ~ 1

Defendant and the Government. Within **14 days thereafter**, counsel shall communicate in writing to the probation office any objections they may have as to any factual errors or omissions; sentencing classifications; sentencing guideline ranges; and policy statements contained in or omitted from the report. Such communication may be oral initially, but shall immediately be confirmed in writing to the Probation Officer and opposing counsel.

Objections shall be numbered and identify the paragraph(s) to which the objection applies. Objections shall address the PSR in sequential order, beginning with the lowest numbered paragraph.

(b)  After receiving counsel's objections, the Probation Officer shall conduct any further investigation and make any revisions to the presentence report that may be necessary. The Probation Officer may require counsel for both parties to meet with the officer to discuss unresolved factual and legal issues and counsel shall make themselves available for that purpose.

(c)  At least **10 days prior to the date of the sentencing hearing**, the Probation Officer shall submit the presentence report to the sentencing judge. The report shall be accompanied by an addendum setting forth any objections counsel may have made, including those that have not been resolved, together with the officer's comments and recommendations thereon. The Probation Officer shall certify that the contents of the report, other than sentencing recommendations, including any revisions or addenda, have been disclosed to counsel for the Defendant and the Government, and that the addendum fairly states any remaining objections.

(d)  Except with regard to any written objection made under sub-division (a), the report of the presentence investigation and computations shall be accepted by the Court as accurate. Upon a timely objection by the Defendant, the Government bears the burden of proof on any fact that is necessary to establish the base offense level. The Court, however, for good cause shown, may allow a

**ORDER SETTING SENTENCING HEARING AND BRIEFING SCHEDULE** ~ 2

new objection to be raised at any time before the imposition of sentence. In resolving disputed issues of fact, the Court may consider any reliable information presented by the Probation Officer, the Defendant, or the Government.

(e) Nothing in this Order requires the disclosure of any portions of the PSR that are not disclosable under Rule 32 of the Federal Rules of Criminal Procedure.

(f) The presentence report shall be deemed to have been disclosed: (1) when a copy of the report is physically delivered; or (2) one day after the report's availability for inspection is orally communicated; or (3) three days after a copy of the report or notice of its availability is mailed to counsel, whichever date is earlier.

(g) **Any memorandum or motion** regarding sentencing must be filed and served at least **15 days prior to the date set for sentencing**. The opposing party shall file and serve a response, if any, **within 7 days** of receipt of the motion.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel and U.S. Probation.

**DATED** this 1st day of December, 2015.

_____
Stanley A. Bastian
United States District Judge

**ORDER SETTING SENTENCING HEARING AND BRIEFING SCHEDULE** ~ 3