UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BARRY HALAJIAN,<br><br>    Defendant. | NO.  1:14-cr-00208-SAB<br><br>**ORDER SETTING NEW TIME FOR SENTENCING HEARING** |

Currently, a sentencing hearing is set for February 24, 2016, at 8:30 a.m., in Fresno, California. The new time for the hearing has been set.

Accordingly, **IT IS HEREBY ORDERED**:

1. The time of the sentencing hearing set for **February 24, 2016** has been changed from 8:30 a.m. to **9:30 a.m**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel and U.S. Probation.

**DATED** this 4th day of January, 2016.

_____
    Stanley A. Bastian
    United States District Judge

**ORDER SETTING NEW TIME FOR SENTENCING HEARING** ~ 1