UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BARRY HALAJIAN,<br><br>    Defendant. | NO. 1:14-CR-00208-SAB<br><br>ORDER DENYING DEFENDANT'S MOTION FOR BAIL; GRANTING DEFENDANT'S MOTION TO CONTINUE SELF-SURRENDER |

Before the Court are Defendant's Motion for Bail Pending Appeal, ECF No. 80 and Motion to Continue Self-Surrender, ECF No. 90. The motions were heard without oral argument.

**1. Motion for Bail Pending Appeal, ECF No. 80**

Defendant asks that he be permitted to remain free on bond pending the outcome of his appeal. The Government opposes the motion, ECF No. 81.

18 U.S.C. § 3143(b) addresses release pending appeal.

> **(b) Release or detention pending appeal by the defendant.--(1)** Except as provided in paragraph (2), the judicial officer shall order that a person who has been found guilty of an offense and sentenced to a term of imprisonment, and who has filed an appeal or a petition for a writ of certiorari, be detained, unless the judicial officer finds--

ORDER DENYING DEFENDANT'S MOTION FOR BAIL; GRANTING DEFENDANT'S MOTION TO CONTINUE SELF-SURRENDER ~ 1

   **(A)** by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released under section 3142(b) or (c) of this title; and
   **(B)** that the appeal is not for the purpose of delay and raises a substantial question of law or fact likely to result in--
     **(i)** reversal,
     **(ii)** an order for a new trial,
     **(iii)** a sentence that does not include a term of imprisonment, or
     **(iv)** a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process.

  While Defendant is not a danger to the community and does not pose a risk of flight, his appeal does not raise a substantial question of law or fact that is likely to result in reversal or new trial. Consequently, the Court denies his request to remain free on bail pending his appeal.

### 2. Motion to Continue Self-Surrender, ECF No. 90

  Defendant asks to extend the deadline to self-surrender for approximately four months, due to business commitments and to allow him additional time to get his affairs in order. Upon inquiry, the Government indicated it opposes Defendant's request, and U.S. Probation does not take any position. The Court finds good cause exists to grant the motion, but cautions Defendant that another extension will not be granted, absent extraordinary circumstances.

  Accordingly, **IT IS HEREBY ORDERED**:

  1. Defendant's Motion for Bail Pending Appeal, ECF No. 80, is **DENIED**.

  2. Defendant's Motion to Continue Self-Surrender, ECF No. 90, is **GRANTED**.

  3. The date for surrender for service of sentence at the institution designated by the Bureau of Prisons is **continued** to **August 12, 2016**, before 2:00 p.m.

ORDER DENYING DEFENDANT'S MOTION FOR BAIL; GRANTING DEFENDANT'S MOTION TO CONTINUE SELF-SURRENDER ~ 2

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 6th day of April, 2016.



_____
Stanley A. Bastian
United States District Judge

ORDER DENYING DEFENDANT'S MOTION FOR BAIL; GRANTING DEFENDANT'S MOTION TO CONTINUE SELF-SURRENDER ~ 3